1 | JUDITH CLARK MARTIN, STATE BAR NO. 173557
**LA FOLLETTE, JOHNSON,**
2 | **DE HAAS, FESLER & AMES**
655 University Avenue, Suite 119
3 | Sacramento, California  95825
Phone:        (916) 563-3100
4 | Facsimile:   (916) 565-3704

5 | Attorneys for Defendant,
Capitol Powersports of Sacramento, Inc.,
6 | dba Capitol Yamaha and Joseph R. Mitchelle

7

8
              UNITED STATES DISTRICT COURT
9
              EASTERN DISTRICT OF CALIFORNIA
10

11 | SCOTT N. JOHNSON,                    )   CASE NO.  2:05-CV-00451-FCD-DAD
                                          )
12 |                Plaintiff,             )   **STIPULATION TO EXTEND TIME TO**
                                          )   **FILE RESPONSIVE PLEADING**
13 | v.                                    )
                                          )   [N.D. Cal. Civil L.R. 6-1(a)]
14 | CAPITOL POWERSPORTS OF                )
     SACRAMENTO, INC;  JOSEPH R.           )   _____
15 | MITCHELLE AND DOES 1 through 10,      )
                                          )
16 |                Defendants.            )
                                          )
17 | _____)

18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28

1
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

1  Pursuant to Rule 6-1(a) of the Eastern District Court Rules, the parties hereby stipulate to
2  extend the time which defendant Joseph R. Mitchelle, to answer or otherwise respond to the
3  Complaint until April 26, 2005.

5  IT IS SO STIPULATED.
6  DATED:_____     LA FOLLETTE, JOHNSON,
                             DE HAAS, FESLER & AMES

9                            By:_____
                                JUDITH CLARK MARTIN
10                              Attorney for Capitol Powersports of
                                Sacramento, Inc., dba as Capitol
11                              Yamaha and Joseph R. Mitchelle

13 DATED:_____    LAW OFFICES OF SCOTT N. JOHNSON

16                           By: _____
                                SCOTT N. JOHNSON
17                              Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that defendant Joseph R. Mitchelle, to answer or otherwise respond to the Complaint until July 26, 2005.

Dated: April 18, 2005           /s/ Frank C. Damrell Jr.
                                United States District Court Judge