```
SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
TELEFAX (916) 485-3516

Attorney for Plaintiff Scott N. Johnson
```

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Scott N. Johnson | ) | 2:05-CV-0451 FCD-DAD |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL AND** |
| Capitol Powersports of Sacramento, Inc., et al., | ) | **PROPOSED ORDER** |
| | ) | **[FRCP 41(a)(1)]** |
| | ) | |
|     Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated attorneys of record that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41(a)(1).

SO STIPULATED.

Date:  August 26, 2005          LAW OFFICE OF SCOTT N. JOHNSON


   /s/ Scott N. Johnson
SCOTT N. JOHNSON (Pro Se)

Date:   August  31   , 2005		LA FOLLETTE, JOHNSON, DE HASS, FESLER & AMES
						A PROFESSIONAL CORPORATION


						/s/ Julie Clark Martin by: Scott N. Johnson
						Julie Clark Martin, Attorney for
						Defendant  CAPITOL POWERSPORTS OF
						SACRAMENTO, INC.; JOSEPH R. MITCHELLE


     IT IS SO ORDERED.


Date:  September 8, 2005			/s/ Frank C. Damrell Jr.
						Judge, U.S. District Court

3

**STIPULATION OF DISMISSAL AND ORDER [FRCP 41(a)(1)]**